KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Daniel Egan, Esq.
E-mail: degan@kslaw.com

*Attorneys Joyce Perhac and Foxfire Management*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HOME SEWING ASSOCIATION,<br><br>       Debtor. | Chapter 7<br><br>Case No. 08-10021 (PCB) |
| ROY BABITT, CHAPTER 7 TRUSTEE OF HOME SEWING ASSOCIATION,<br><br>       Plaintiff,<br>    v.<br>JOYCE PERHAC AND FOXFIRE MANAGEMENT,<br>       Defendants. | Adv. Pro. No. 09-01864 (PCB) |

## **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

  I, George T. Snyder, a member in good standing of the Bar of the State of Pennsylvania and the Third Circuit Court of Appeals, hereby request admission, *pro hac vice*, before the United States Bankruptcy Court for the Southern District of New York, to represent Joyce Perhac and Foxfire Management in the above-referenced case.

| | |
|---|---|
| Mailing Address: | George T. Snyder, Esq.<br>Stonecipher, Cunningham, Beard & Schmitt, P.C.<br>125 First Avenue<br>Pittsburgh, PA  15222-1590<br>Telephone:  (412) 391-8510<br>Facsimile:  (412) 391-8522 |
| E-Mail Address: | gsnyder@stonecipherlaw.com |

Dated: February 10, 2010
   New York, NY

                /s/ George T. Snyder
                  George T. Snyder

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HOME SEWING ASSOCIATION,<br><br>                       Debtor. | Chapter 7<br><br>Case No. 08-10021 (PCB) |
| ROY BABITT, CHAPTER 7 TRUSTEE OF HOME SEWING ASSOCIATION,<br><br>                       Plaintiff,<br>    v.<br><br>JOYCE PERHAC AND FOXFIRE MANAGEMENT,<br><br>                       Defendants. | Adv. Pro. No. 090-01864 (PCB) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

George T. Snyder, admitted to practice and a member in good standing of the Bar in the State of Pennsylvania and the Third Circuit Court of Appeals, and having requested admission, *pro hac vice*, to represent Joyce Perhac and Foxfire Management in the above-referenced case;

**IT IS HEREBY ORDERED**, that George T. Snyder, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:

                                                                          _____
                                                                          HONORABLE
                                                                          UNITED STATES BANKRUPTCY JUDGE