UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HOME SEWING ASSOCIATION,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 08-10021 |
| ROY BABITT, CHAPTER 7 TRUSTEE OF<br>HOME SEWING ASSOCIATION,<br><br>                 Plaintiff,<br>      v.<br><br>JOYCE PERHAC AND FOXFIRE<br>MANAGEMENT,<br><br>             Defendants. | Adv. Pro. No. 090-01864 |

### <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

George T. Snyder, admitted to practice and a member in good standing of the Bar in the State of

Pennsylvania and the Third Circuit Court of Appeals, and having requested admission, *pro hac vice*, to represent

Joyce Perhac and Foxfire Management (the "Clients") in the above-referenced case;

**IT IS HEREBY ORDERED**, that George T. Snyder, Esq. is admitted to practice, *pro hac vice*, in the

above-referenced case, in the United States Bankruptcy Court, Southern District of New York to represent the

Clients, provided that the filing fee has been paid.

Dated:  February 16, 2010

                        /s/ Stuart M. Bernstein _____
                          HONORABLE
                          UNITED STATES BANKRUPTCY JUDGE