Schuyler G. Carroll
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 08-10021 (SCC) |
| HOME SEWING ASSOCIATION, | |
|     Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| ROY BABITT, CHAPTER 7 TRUSTEE OF HOME SEWING ASSOCIATION, | Adv. Pro. No. 09-01864 (SCC) |
|     Plaintiff, | |
|     v. | |
| JOYCE PERHAC AND FOXFIRE MANAGEMENT, | |
|     Defendants. | |

------------------------------------------------------------x

## ORDER DIRECTING MEDIATION

Roy Babitt, Chapter 7 Trustee on the one hand, and Joyce Perhac/Foxfire Management on the other hand (collectively, the "Mediation Parties"), have agreed to mediation to attempt to resolve disputes by and between the Mediation Parties relative to the Trustee's Complaint [Docket No. 1] and all related pleadings in the above-captioned adversary proceeding (the "Mediation Matters"). Upon the foregoing, it is hereby

**ORDERED**, that the Mediation Matters are hereby assigned to mediation; and it is further

**ORDERED**, that the costs of the mediation shall be shared fifty percent (50%) by the Chapter 7 Estate and fifty percent (50%) by Joyce Perhac/Foxfire Property Management; and it is further

**ORDERED**, that the Mediation Parties have selected Joseph Moldovan,Esq. as mediator (the "Mediator") from the United States Bankruptcy Court for the Southern District of New York's Register of Mediators; and it is further

**ORDERED**, that the Mediation Parties shall furnish the mediator with copies of such documents and such confidential statement of position as the mediator may require; and it is further

**ORDERED**, that the Mediation Parties shall cooperate with the Mediator in all respects including scheduling issues, and it is further

**ORDERED**, that this mediation shall be conducted in accordance with the United States Bankruptcy Court of the Southern District of New York Amended General Order regarding meditation (the "General Mediation Order"); and it is further

**ORDERED**, that the Mediation Parties shall attend such mediation session(s) as the Mediator shall deem appropriate and necessary at such times and places as the mediator shall determine; and it is further

**ORDERED**, the mediator shall advise the Court by letter (with a copy to the Mediation Parties) of the status of the mediation when appropriate; and it is further

**ORDERED**, that within ten (10) business days following the conclusion of mediation, the mediator shall file with the Court a Final Report; and it is further

**ORDERED**, that if the Final Report has not been filed by August 16, 2010, the Mediation Parties shall contact the Court to schedule a status conference on the status of the mediation; and it is further.

**ORDERED**, that the status conference scheduled for April 1, 2010 shall be removed from the Court's calendar and the Mediation Parties shall contact the Mediator no later than April 10, 2010 to begin the mediation process.

[Remainder of page intentionally left blank]

Dated: March 25, 2010

Attorney for Roy Babitt,
Chapter 7 Trustee

By:

____*/s/ Jeffrey D. Vanacore*_____
Schuyler G. Carroll
Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Joyce Perhac and Foxfire Property Management

By:

____*/s/ George Snyder*_____
George Snyder
STONECIPHER LAW FIRM
125 First Avenue
Pittsburgh, PA 15222-1590
(412) 391-8510


Dated:  March 31, 2010                    BY THE COURT
       New York, New York

                                               /s/Shelley C. Chapman_____
                                               Shelley C. Chapman
                                               United States Bankruptcy Judge