# Arent Fox

June 2, 2011

The Honorable Judge Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Heike M. Vogel**
Attorney
212.492.3304 DIRECT
212.484.3990 FAX
vogel.heike@arentfox.com

Re: *In re Home Sewing Association*, Case No. 08-10021 (SCC)
(*Roy Babitt, Chapter 7 Trustee of Home Sewing Association v.
Joyce Perhac & Foxfire Management*, Adv. Pro No. 09-01864)

Dear Judge Chapman:

As your Honor is aware, Arent Fox LLP represents Roy Babitt in his capacity as the Chapter 7 Trustee (the "Trustee") of the above-referenced Chapter 7 case and accompanying adversary proceeding. This letter is to inform the court that the parties to the above-referenced adversary proceeding continue to engage in mediation, and the court-appointed mediator, Joe Moldovan, Esq., arranged and conducted a telephonic conference with counsel for the defendants and the Trustee, respectively, on Thursday, June 2, 2011.

As the parties continue to move toward a mutually-agreeable resolution of this adversary proceeding, it was decided to adjourn the currently scheduled status conference on June 7, 2011 before your Honor to a date to be determined in the future. The parties hope to resolve their dispute through mediation in the near future.

Very truly yours,

*/s/ Heike Vogel*
Heike M. Vogel

cc:

Scott Davidson, Esq.
George T. Snyder, Esq.
Joseph T. Moldovan, Esq.
NYC/586528.1

SMART IN YOUR WORLD

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401